## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ROBERT BOSCH LLC. §
 §
*Plaintiff*, §
 §
v. §
 §     CASE No. 2:23-CV-00038-JRG-RSP
 §
WESTPORT FUEL SYSTEMS §
CANADA, INC., §
 §
*Defendant*. §

## ORDER

Westport Fuel Systems Canada, Inc. ("Westport") previously filed its Motion for Summary Judgement Regarding Judicial Estoppel (the "Motion"). (Dkt. No. 177.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 315), recommending denial of the Motion. Westport has now filed Objections. (Dkt. No. 339.)

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the briefing on Westport's Objections, the Court agrees with the reasoning provided within the Report and Recommendation. Consequently, the Court **OVERRULES** Westport's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion (Dkt. No. 177) is **DENIED**.

**So ORDERED and SIGNED this 11th day of March, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE