IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

ROBERT BOSCH LLC,                     §
     *Plaintiff*,                     §
                          §    Case No. 2:23-cv-00038-JRG-RSP
v.                                    §
                          §
WESTPORT FUEL SYSTEMS                 §
CANADA INC.,                          §
     *Defendant*.                     §

## ORDER

Westport filed a Motion for Summary Judgment on Bosch's Marking Defense (Dkt. No. 189), and Bosch filed a cross Motion for Partial Summary Judgment of No Damages (Dkt. No. 182). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 309), recommending granting in part Westport's Motion, and denying Bosch's Motion. Westport has now filed objections, and a Motion for Clarification (Dkt. No. 316), with Bosch filing a Response (Dkt. No. 324), and their own objection (Dkt. No. 325). The Magistrate Judge issued an Order (Dkt. No. 330) that clarified the Report and Recommendation.

After conducting a *de novo* review of the briefing on the Cross Motions for Summary Judgment, the Report and Recommendation, the Court's clarification, and the briefing on both parties' objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Plaintiff and Defendant's Objections and **ADOPTS** the Report and Recommendation, as clarified by Dkt. No. 330 and orders that Westport's Motion (Dkt. No. 189) is **GRANTED** in its entirety, and Bosch's Motion (Dkt. No. 182) is **DENIED**.

**So ORDERED and SIGNED this 12th day of March, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE