## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ROBERT BOSCH LLC, §
§
*Plaintiff*, §
§  Case No.  2:23-CV-00038-JRG-RSP
v. §
WESTPORT FUEL SYSTEMS §
CANADA INC., §
§
*Defendant*. §

## ORDER

Both Parties filed cross Motions for Summary Judgment on License and No License (the "Motions"). (Dkt. Nos. 178, 181.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 313), recommending denial of both Motions. Robert Bosch LLC ("Bosch") has now filed Objections. (Dkt. No. 329.) Westport Fuel Systems Canada, Inc. ("Westport") has also filed Objections. (Dkt. No. 338.)

After conducting a *de novo* review of the briefing on the Motions, the Report and Recommendation, and the briefing on both Parties' Objections, the Court agrees with the reasoning provided within the Report and Recommendation. Consequently, the Court **OVERRULES** both Westport and Bosch's Objections and **ADOPTS** the Report and Recommendation (Dkt. No. 313) and **ORDERS** that both parties' Motions (Dkt.  Nos.  178,  181)  are  **DENIED**.

So ORDERED and SIGNED this 11th day of March, 2026.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE