# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ROBERT BOSCH LLC. | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00038-JRG-RSP |
| | § | |
| WESTPORT FUEL SYSTEMS | § | |
| CANADA, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Westport Fuel Systems Canada Inc. ("Westport") previously filed a Motion for Partial Summary Judgment of No Invalidity. (Dkt. No. 179.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 319), recommending the Court grant-in-part and deny-in-part Westport's motion. Robert Bosch, LLC ("Bosch") has now filed Objections (Dkt. No. 340), to the Report and Recommendation as well as to the Order granting-in-part and denying-in-part (Dkt. No. 321) Westport's Motion to Strike Certain Opinions of Dr. Richard Klopp (the "Motion to Strike") (Dkt. No. 187).

After conducting a *de novo* review of the briefing on the motion, the Report and Recommendation, and the briefing on Bosch's Objections, the Court agrees with the reasoning provided within the Report and Recommendation. Consequently, the Court **OVERRULES** Bosch's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Partial Summary Judgment (Dkt. No. 179) is **DENIED** with respect to enablement of the term, "whereby said hydraulic fluid acts substantially as a solid with said thickness

being substantially constant," and otherwise **GRANTED**.[1] The Court further clarifies that because the 50-day period, under Local Patent Rule 3-6(a)(2)(B), has since tolled, any further invalidity theories, including on written descriptions, are necessarily waived.[2]

    **So ORDERED and SIGNED this 11th day of March, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] The Court also agrees with the reasoning in the Order on Westport's Motion to Strike.

[2] Fn. 1 of the R&R notes that "Bosch's failure to obtain leave in conjunction with its objections cannot support a showing of good cause."