# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| ROBERT BOSCH LLC. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00038-JRG-RSP |
| | § | |
| WESTPORT FUEL SYSTEMS CANADA, INC., | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Robert Bosch LLC ("Bosch") previously filed a Motion for Summary Judgement of Non-Infringement (the "Motion"). (Dkt. No. 188.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 310), recommending denial of Bosch's Motion. Bosch has now filed Objections. (Dkt. No. 327).

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the briefing on Bosch's Objections, the Court agrees with the reasoning provided within the Report and Recommendation. Consequently, the Court **OVERRULES** Bosch's Objections and **ADOPTS** the Report and Recommendation and **ORDERS** that the Motion (Dkt. No. 188) is **DENIED**.

So ORDERED and SIGNED this 11th day of March, 2026.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE