## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| WESTPORT FUEL SYSTEMS CANADA, INC., | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 2:23-CV-00038-JRG-RSP |
| ROBERT BOSCH LLC, | § § § | |
| *Defendant.* | § | |

## VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

1

The following terms have the following meanings:

- "**Westport**" refers to Westport Fuel Systems Canada Inc.

- "**Bosch**" refers to Robert Bosch LLC.

- The "**'829 Patent**" refers to U.S. Patent No. 6,298,829

- The "**'138 Patent**" refers to U.S. Patent No. 6,575,138

- The "**Asserted Claims**" refer collectively to claims 1, 6, and 18 of the '829 Patent, and claims 1, 13, and 26 of the '138 Patent.

2

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM

**QUESTION NO. 1:**

Did Westport prove, by a preponderance of the evidence, that Bosch INFRINGED any of the Asserted Claims of the following patents?

Answer "Yes" or "No" for EACH Asserted Claim listed below.

'829 Patent, claim 1:

Yes: _____    OR    No: __✓_____

'829 Patent, claim 6:

Yes: _____    OR    No: __✓_____

'829 Patent, claim 18:

Yes: _____    OR    No: __✓_____

'138 Patent, claim 1:

Yes: _____    OR    No: __✓_____

'138 Patent, claim 13:

Yes: _____    OR    No: __✓_____

'138 Patent, claim 26:

Yes: _____    OR    No: __✓_____

4

**IF YOU ANSWERED "NO" TO EACH PART OF QUESTION NO. 1 ON THE PRECEEDING PAGE, THEN DO NOT ANSWER ANY OTHER QUESTION IN THIS VERDICT FORM AND PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**

**IF YOU ANSWERED "YES" TO ANY PORTION OF QUESTION NO. 1 ON THE PRECEEDING PAGE, THEN PROCEED TO ANSWER QUESTION NO. 2 BELOW, BUT IN THAT CASE, ANSWER QUESTION NO. 2 ONLY AS TO THE CLAIMS FOR WHICH YOU ANSWERED "YES" AS TO QUESTION NO. 1 ON THE PRECEEDING PAGE.**

**QUESTION NO. 2:**

Did Bosch prove, by clear and convincing evidence, that any of the following claims are INVALID?

Answer "Yes" or "No" for EACH Asserted claim listed below.

'829 Patent, claim 1:

Yes: _____    OR    No: _____

'829 Patent, claim 6:

Yes: _____    OR    No: _____

'829 Patent, claim 18:

Yes: _____    OR    No: _____

'138 Patent, claim 1:

Yes: _____    OR    No: _____

'138 Patent, claim 13:

Yes: _____    OR    No: _____

'138 Patent, claim 26:

Yes: _____    OR    No: _____

**ANSWER QUESTION NO. 3 ONLY IF YOU ANSWERED "YES" TO QUESTION NO. 1 <u>AND</u> "NO" TO QUESTION NO. 2 AS TO AT LEAST ONE OF THE ASSERTED CLAIMS.**

<u>**OTHERWISE, DO NOT ANSWER QUESTION 3, AND IN THAT CASE PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**</u>

**QUESTION NO. 3:**

What sum of money, if paid now in cash, has Westport proven, by a preponderance of the evidence, would compensate it for its damages as to any and all infringement that you have found?

Answer in United States Dollars and Cents, if any:

$_____

## <u>FINAL PAGE OF JURY VERDICT</u> <u>FORM</u>

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **<u>unanimous</u>** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __23rd__ day of March 2026.


_____

**Jury Foreperson**

9