**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ROBERT BOSCH, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00038-JRG-RSP |
| | § | |
| WESTPORT FUEL SYSTEMS | § | |
| CANADA INC., | § | |
| | § | |
| *Defendant.* | § | |

**<u>FINAL JUDGMENT</u>**

A jury trial commenced in the above-captioned case on March 16, 2026. On March 23, 2026, the Jury reached and returned its unanimous verdict. (Dkt. No. 367.) The Jury found that Robert Bosch, LLC ("Bosch") had not infringed claims 1, 6, and 18 of U.S. Patent No. 6,298, 829 (the "'829 Patent") or claims 1, 13, and 26 of U.S. Patent No. 6,575,138 (the "'138 Patent") (collectively, the "Asserted Claims.") (*Id*. at 4.) Given such determinations, the Jury properly did not answer any further questions within the verdict form. (*Id*. at 6-8.)

Additionally, the Court held a bench trial after the close of evidence on March 20, 2026 regarding Bosch's assertion of an implied license. (Dkt. No. 364.) As agreed by the Parties prior to the bench trial, the Court's judgment regarding Bosch's implied license defense would only be necessitated upon a finding of infringement and no invalidity of one or more claims of the '138 Patent, and that all asserted claims of the '829 Patent were either not infringed or not invalid. (*See* Dkt. No. 358, citing Dkt. No. 350 at 6-7.) Consequently, the Court's Judgment does not include reference or ruling as to the implied license defense addressed at the bench trial. Such equitable relief, in light of the verdict, is **DENIED AS MOOT**.

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the Jury's

unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and

**ENTERS JUDGMENT** as follows:

1. Bosch has not infringed any of the Asserted Claims.

2. Under Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Bosch is the prevailing party in this case and shall recover costs from Westport Fuel Systems Canada Inc.

All other requests for relief now pending between Bosch and Westport that are not specifically addressed herein are **DENIED**. The Clerk of Court is directed to **CLOSE** the above-captioned case.

 **So ORDERED and SIGNED this 24th day of March, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE