**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ROBERT BOSCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>WESTPORT FUEL SYSTEMS CANADA, INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:23-CV-00038-JRG |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff Robert Bosch LLC ("Plaintiff") and Defendant Westport Fuel Systems Canada, Inc. ("Defendant") (collectively, the "Parties"). (Dkt. No. 400.) In the Motion, the Parties jointly move to dismiss the above-captioned case with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. (*Id.* at 1.) The Parties agree that Plaintiff has "agreed to forego the costs awarded by the Court (Dkt. 387) and waived all rights to collect such costs." (*Id.*)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. All claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. The Court **ORDERS** that its prior order as to Bill of Costs (Dkt. No. 387) is **VACATED**. Accordingly, the Clerk of Court is directed not to tax costs to the Defendant. The Clerk of Court is further directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 7th day of October, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE